UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JUAN B. ALMANZAR, *on behalf of himself and all others similarly situated*,

                Plaintiffs,

-against-

SANTANDER BANK, N.A.,

                Defendant.

23-CV-10706 (AS)

ORDER

---

ARUN SUBRAMANIAN, United States District Judge:

    The Court will hold a hearing on the pending motion to dismiss on Wednesday, June 12, 2024, at 11:00 AM, in Courtroom 15A of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, NY 10007.

    SO ORDERED.

Dated: May 31, 2024
       New York, New York

                                        ARUN SUBRAMANIAN
                                        United States District Judge