UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JUAN B. ALMANZAR, *on behalf of himself and all others similarly situated*,<br><br>                              Plaintiffs,<br><br>              -against-<br><br>SANTANDER BANK, N.A.,<br><br>                              Defendant. | 23-CV-10706 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

    For the reasons stated on the record at the July 2, 2024 hearing, the motion to dismiss is DENIED. Dkt. 16.

    As stated at the hearing, the Court will not extend the deadlines in the case management plan for any reason, including settlement.

    The Clerk of Court is directed to terminate the motion at Dkt. 16.

    SO ORDERED.

Dated: July 3, 2024
       New York, New York

                                                      ARUN SUBRAMANIAN
                                                    United States District Judge