

**Susan Rotkis | Partner**
D: 602-807-1504
E: srotkis@consumerattorneys.com

October 17, 2024

GRANTED. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 72.

**VIA ECF**
Honorable Arun Subramanian
United States District Court Southern District of New York
500 Pearl St.
New York, NY 10007-1312

SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: October 18, 2024

**RE**: ***Juan B. Almanzar v. Santander Bank, N.A.*** **Case No. 1:23-cv-10706-AS**
**Plaintiff's Letter Motion for Leave to File Under Seal Portions of Plaintiff's Opposition to Santander's Motion for Summary Judgment and Statement of Disputed Facts**

Dear Judge Subramanian,

    Pursuant to Section 11(C) of your Honor's Individual Practices in Civil Cases ("Individual Practices"), Plaintiff Juan B. Almanzar ("Plaintiff") submits this letter motion for leave to file under seal portions of Plaintiff's Opposition to Santander's Motion for Summary Judgment ("Opposition") and Statement of Disputed Facts in Opposition to Defendant's Motion for Summary Judgment ("Disputed Facts").

    Plaintiff seeks leave to file under seal strictly the portions of Plaintiff's Opposition and Disputed Facts which Defendant Santander Bank, N.A. ("Santander") designated confidential and filed under seal (Docs. 61 and 63). Defendant filed a Motion to Seal regarding the confidentiality of these portions of their Motion for Summary Judgement and Statement of Facts (Doc. 47) which was granted by the Court (Doc. 64). While Plaintiff takes no position as to Defendant's designation or whether a confidential designation is necessary, to comply with the Court's Protective Order (Dkt. 31), Plaintiff respectfully requests that the Court grant leave for Plaintiff to file portions of Plaintiff's Opposition to Santander's Motion for Summary Judgment and Statement of Disputed Facts in Opposition to Defendant's Motion for Summary Judgment under seal.

    In accordance with Section 11(C)(i) your Honor's Individual Practices, Plaintiff has met and conferred with counsel for Santander. Counsel for Santander is unopposed to Plaintiff's Motion. Additionally, immediately following the filing of the instant Motion, Plaintiff will notify Santander that it must file, within three business days, a letter explaining the need to seal or redact the document.

Respectfully submitted,

*/s/ Susan Rotkis*
cc: Counsel of Record (via ECF)

1