UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUAN B. ALMANZAR,

               Plaintiff,

       -against-

SANTANDER BANK, N.A.,

               Defendant.

23-CV-10706 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

    The motions to seal at ECF Nos. 106 and 108 are hereby GRANTED. The Clerk of Court is respectfully directed to terminate those motions.

    SO ORDERED.

Dated: January 17, 2025
       New York, New York

                                            ARUN SUBRAMANIAN
                                            United States District Judge