UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUAN B. ALMANZAR,

                Plaintiff,

-against-

SANTANDER BANK, N.A.,

                Defendant.

23-cv-10706 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

    By August 29, 2025, the parties should propose trial dates for November or December 2025.

    SO ORDERED.

Dated: August 19, 2025
       New York, New York

                                            ARUN SUBRAMANIAN
                                            United States District Judge