UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUAN B. ALMANZAR,
on behalf of himself and
all others similarly situated,

        *Plaintiff*,

v.

SANTANDER BANK, N.A.,

        *Defendant*.

Case No. 1:23-cv-10706

## STIPULATION OF DISMISSAL WITH PREJUDICE

The undersigned, counsel for Plaintiff and Defendant Santander Bank, N.A. (collectively "**the Parties**"), hereby stipulate and agree as follows: Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the settlement agreement between the Parties, Plaintiff hereby discontinues the above-titled action with prejudice and without costs. The Parties shall bear their own costs and fees, including attorneys' fees.

October 20, 2025

| | |
|---|---|
| Casey D. Laffey | Susan Rotkis |
| Ian M. Turetsky | Levi Y. Eidelman |
| Reed Smith LLP | Consumer Justice Law Firm |
| 599 Lexington Avenue, 22nd Floor | 72-47 139th Street |
| New York, NY 10022 | Flushing, NY 11367 |
| T: (212) 521-5400 | T: 718-360-0763 |
| F: (212) 521-5450 | F: 480-613-7733 |
| E: claffey@reedsmith.com | E: Leidelman@consumerjustice.com |
| E: ituretsky@reedsmith.com | |
| | *Attorneys for Plaintiff* |
| *Attorneys for Defendant Santander Bank, N.A.* | |

1

Dated: <u>November 26, 2025</u>
New York, New York

SO ORDERED.

_____
HONORABLE ARUN SUBRAMANIAN
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that on November 25, 2025, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

**CONSUMER JUSTICE LAW FIRM**

By: */s/ Sierra M. Stewart*
Sierra M. Stewart